Elenora Peyton (plaintiff), appellee, v. Metropolitan Life Insurance Company (defendant), appellant. Gen. No. 33,293.

613

 Opinion filed May 29, 1929.

Hoyne, O'Connor & Rubinkam, for appellant. Packard, Barnes & McCaughey, for appellee.

Mr. Presiding Justice Holdom delivered the opinion of the court.